COM.

v.

**SUNY, R.**

**1192 EDA 2017**

Superior Court of Pennsylvania.

08/17/2017

CP–23–CR–0006915–2003 (Delaware)

Affirmed

■

COM.

v.

**JILES, S.**

**1063 MDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–67–CR–0002718–2009
CP–67–CR–0002719–2009
CP–67–CR–0002745–2010
CP–67–CR–0003039–2009
(York)

Affirmed—Application to Withdraw as Counsel Granted

■

COM.

v.

**ROBERSON, A.**

**1681 MDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–21–CR–0001578–2015 (Cumberland)

Affirmed

■

COM.

v.

**AMY, W.**

**1813 MDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–14–CR–0002090–2014 (Centre)

Affirmed